UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BURDETTE,

     Plaintiff,

                                 Case No. 1:24-cv-1278

v.

                                 Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## **<u>ORDER</u>**

On February 17, 2026, Magistrate Judge Ray Kent issued a report and recommendation (R&R) that the Court affirm the decision of the Commissioner of Social Security in this disability benefits case (ECF No. 14).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on March 3, 2026.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 14) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this Order.

Dated: March 4, 2026                /s/ Hala Y. Jarbou
                                   HALA Y. JARBOU
                                   CHIEF UNITED STATES DISTRICT JUDGE